**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **CURTIS WAYNE JOHNSON,** ) | |
| Defendant-Petitioner, ) | |
| ) | |
| vs. ) | No.  3:05-CV-262-N |
| ) | No.  3:03-CR-240-N |
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff-Respondent. ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the findings, conclusions, and recommendation of the United States Magistrate Judge. The Court reviewed the findings, conclusions, and recommendation of the United States Magistrate Judge de novo and finding no error, accepts the findings, conclusions, and recommendation.

SIGNED December 18, 2006.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE